# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

2020 ND 246

State of North Dakota,                                    Plaintiff and Appellee

v.

Richard Richardson III,                              Defendant and Appellant

No. 20200083

Appeal from the District Court of Grand Forks County, Northeast Central Judicial District, the Honorable M. Jason McCarthy, Judge.

AFFIRMED.

Per Curiam.

Andrew C. Eyre, Assistant State's Attorney, Grand Forks, ND, for plaintiff and appellee; submitted on brief.

Russell J. Myhre, Enderlin, ND, for defendant and appellant; submitted on brief.

# State v. Richardson
## No. 20200083

**Per Curiam.**

[¶1] Richard Richardson III appealed his conviction of felony reckless endangerment, a class C felony under N.D.C.C. § 12.1-17-03, challenging the sufficiency of the evidence for the jury's verdict. He argues the evidence was insufficient to show he acted recklessly and did not act in self-defense when he fired his weapon at a vehicle with three occupants. We affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]   Jon J. Jensen, C.J.
       Gerald W. VandeWalle
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte

1

IN THE SUPREME COURT
STATE OF NORTH DAKOTA

**JUDGMENT**

Supreme Court No. 20200083
Grand Forks County Case No. 2019-CR-02197

Appeal from the district court for Grand Forks County.

**State of North Dakota,**          **Plaintiff and Appellee**
     **v.**
**Richard Richardson, III,**          **Defendant and Appellant**

[¶1]   This appeal having been heard by the Court at the October 2020 Term before:

[¶2]   Chief Justice Jon J. Jensen, Justice Gerald W. VandeWalle, Justice Daniel J. Crothers, Justice Lisa Fair McEvers, and Justice Jerod E. Tufte;

[¶3]   and the Court having considered the appeal, it is ORDERED AND ADJUDGED that the criminal judgment of the district court is AFFIRMED under N.D.R.App.P. 35.1(a)(3).

[¶4]   This judgment, together with the opinion of the Court filed this date, constitutes the mandate of the Supreme Court on the date it is issued to the district court under N.D.R.App.P. 41.

Dated: November 23, 2020

By the Court:

Jon J. Jensen
Chief Justice

ATTEST:

Petra H. Mandigo Hulm
Clerk